

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 30 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                         CRIMINAL NO. 3:06cr156WHBJCS

BRYAN GREEN

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, BRYAN GREEN, without prejudice.

DUNN LAMPTON
United States Attorney

By:   DAVE FULCHER
      Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this _____ day of November, 2006.

UNITED STATES DISTRICT JUDGE